Anthony J. Costantini
John Dellaportas
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Plaintiff Drew Scientific, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DREW SCIENTIFIC, INC.,

        Plaintiff,

-v-

POINTCARE TECHNOLOGIES, INC.,

        Defendant.
---------------------------------------------------------------x

Judge Hellerstein

08 CV 1490

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Drew Scientific, Inc. ("Drew") (a private non-governmental party) certifies that Escalon Medical Corp. is a publicly held corporate parent that owns more than 10% of the stock of Drew.

Dated: New York, New York
       February 13, 2008

DUANE MORRIS LLP

By: _____
    Anthony J. Costantini
    John Dellaportas
    Brian Damiano
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
*Attorneys for Plaintiff Drew Scientific, Inc.*