Anthony J. Costantini
John Dellaportas
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Plaintiff Drew Scientific, Inc.*

Judge Hellerstein

08 CV 1490

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
DREW SCIENTIFIC, INC.,

        Plaintiff,

   -v-

POINTCARE TECHNOLOGIES, INC.,

        Defendant.
------------------------------------------------------x

SUMMONS IN A CIVIL CASE

TO:   PointCare Technologies, Inc.
        181 Cedar Hill Street
        Marlborough, Massachusetts 01752

       YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY, Anthony J. Costantini, Esq., Duane Morris LLP, 1540 Broadway, New York, New York 10036, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

FEB 13 2008
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: February 15th, 2008 |
| NAME OF SERVER (PRINT): William H. Dewsnap III | TITLE: Professional Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By delivering In-Hand to Maurice Doire, Chief Operating Officer and person In-Charge of Business, Point Care Technologies, Inc. 181 Cedar Hill St. Marlboro, Ma., @ 3:15 p.m.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 45.00 | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 15, 2008
_Date_

_Signature of Server_

92 State St. Boston, Ma. 02109
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.