```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

DREW SCIENTIFIC, INC.,

                Plaintiff,

    -against-

POINTCARE TECHNOLOGIES, INC.,

                Defendant.
------------------------------------------------------X

Civil Action No.: 08 CV 1490

**STIPULATION**

It is hereby stipulated between the attorneys for the parties in the above-captioned matter that the Defendant's time to serve its answer or otherwise respond to the Complaint is extended from March 6, 2008 to March 13, 2008.

Dated: Garden City, New York
        March 4, 2008

Anthony J. Costantini, Esq.
DUANE MORRIS LLP
Attorneys for Plaintiff
1540 Broadway
New York, New York 10036
(212) 692-1000

Howard M. Miller (HM4538)
BOND, SCHOENECK & KING, PLLC
Attorneys for Defendant
1399 Franklin Avenue, Suite 200
Garden City, New York 11530
(516) 267-6318

So ordered
3-5-08
[signature]