UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DREW SCIENTIFIC, INC.,

                Plaintiff,

-against-

POINTCARE TECHNOLOGIES, INC.,
                Defendant.
------------------------------------------------------------X

Civil Action No.: 08 CV 1490

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Howard M. Miller, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of:

Michael P. Twohig
125 Summer Street
Boston, MA 02110
(617) 345-3000

      MICHAEL P. TWOHIG is a member in good standing of the Bar of the State of Massachusetts. There are no pending disciplinary proceedings against MICHAEL P. TWOHIG in any State or Federal court. Opposing counsel consents to this motion.

February 28, 2008

                              Respectfully submitted,

                              _____
                              Howard M. Miller
                              Bond, Schoeneck and King, PLLC
                              Attorneys for Defendant
                              1399 Franklin Avenue, Suite 200
                              Garden City, New York 11530
                              Phone: (516) 267-6318
                              Fax: (516) 267-6301

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DREW SCIENTIFIC, INC.,

                            Plaintiff,

                -against-

POINTCARE TECHNOLOGIES, INC.,
                           Defendant.
------------------------------------------------------------X

Civil Action No.: 08 CV 1490

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Howard M. Miller, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of:

    Andrew F. Caplan
    125 Summer Street
    Boston, MA 02110
    Tel:  (617) 345-3205
    Fax: (617) 345-3299

      ANDREW F. CAPLAN is a member in good standing of the Bar of the State of Massachusetts. There are no pending disciplinary proceedings against Andrew F. Caplan in any State or Federal court. Opposing counsel consents to this motion.

February 28, 2008

                                      Respectfully submitted,

                                        _____
                                        Howard M. Miller
                                        Bond, Schoeneck and King, PLLC
                                        Attorneys for Defendant
                                        1399 Franklin Avenue, Suite 200
                                        Garden City, New York 11530
                                        Phone: (516) 267-6318
                                        Fax:  (516) 267-6301

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NASSAU    )

MARIA COTTIS, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York. That on the 28th day of February, 2008 deponent served the within **MOTIONS TO ADMIT COUNSEL PRO HAC VICE AND AFFIDAVIT OF HOWARD M. MILLER IN SUPPORT OF MOTION TO ADMIT ANDREW F. CAPLAN AND MICHAEL P. TWOHIG AS COUNSEL PRO HAC VICE WITH EXHIBITS** upon:

> Anthony J. Costantini, Esq.
> *Attorneys for Plaintiff*
> DUANE MORRIS LLP
> 1540 Broadway
> New York, New York 10036
> (212) 692-1000

the address designated by said attorney for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

_____
MARIA COTTIS

Sworn to before me this
28th day of February, 2008.

_____
Notary Public

Kerri Lyn Burch
Notary Public, State of New York
No. 01BU6176969
Qualified in Nassau County
Commission Expires November 5, 20 11

59505.1 2/28/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DREW SCIENTIFIC, INC.,

                              Plaintiff,

   -against-

POINTCARE TECHNOLOGIES, INC.,

                              Defendant.
------------------------------------------------------------X

Civil Action No: 08-CV- 1490 (AKH)

**AFFIDAVIT OF HOWARD M. MILLER IN SUPPORT OF MOTION TO ADMIT ANDREW F. CAPLAN AND MICHAEL P. TWOHIG AS COUNSEL PRO HAC VICE**

STATE OF NEW YORK    )
                                 ) ss:
COUNTY OF NASSAU     )

    HOWARD M. MILLER, being duly sworn, here deposes and says as follows:

1. I am a member of the law firm of Bond, Schoeneck & King, PLLC, counsel for the Defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this affidavit in support of the Defendant's motion to admit Andrew F. Caplan and Michael P. Twohig as counsel pro hac vice to represent the Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1991. I was also admitted in May of 1993 to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Caplan and Mr. Twohig are both attorneys in the law firm of Burns & Levinson in Boston, Massachusetts. Both Mr. Caplan and Mr. Twohig are in good standing with the state courts in Massachusetts. (Exhibit "A" hereto)

4. Mr. Caplan and Mr. Twohig are known to be a skilled attorneys and persons of integrity. They are experienced in Federal practice and are familiar with the Federal Rules of Civil Procedure.

5. Accordingly, I am pleased to move the admission of Andrew F. Caplan and Michael P. Twohig, pro hac vice.

6. Per the Individual Rules of this Court, opposing counsel consents to this motion.

7. I respectfully submit a proposed order granting the admission of Andrew F. Caplan and Michael P. Twohig, pro hac vice, which is attached hereto as Exhibit "B".

WHEREFORE it is respectfully requested that the motion to admit Andrew F. Caplan and Michael P. Twohig, pro hac vice, to represent Defendant in the above-captioned matter, be granted.

Respectfully submitted,

_____
HOWARD M. MILLER (HM: 4538)

Sworn to before me
28th day of February, 2008

_____

Kerri Lyn Burch
Notary Public, State of New York
No. 01BU6176969
Qualified in Nassau County
Commission Expires November 5, 20 11

59378.1 2/28/2008

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fifteenth** day of **December** A.D. **1993**, said Court being the highest Court of Record in said Commonwealth:

**Andrew F. Caplan**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **nineteenth** day of **February** in the year of our Lord **two thousand and eight.**

*[signature]*
MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **nineteenth** day of **January** A.D. **2001**, said Court being the highest Court of Record in said Commonwealth:

## Michael P. Twohig

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **nineteenth** day of **February** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DREW SCIENTIFIC, | : |
| | : Civil Action No.: 08 CV 1490 |
| Plaintiff, | : |
| -against- | : Judge Alvin K. Hellerstein |
| | : |
| POINTCARE TECHNOLOGIES, INC., | : |
| | : |
| Defendant. | : |

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the written motion of Howard M. Miller, attorney for the Defendant in the above-captioned case, and affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Andrew F. Caplan | Michael P. Twohig |
| Burns & Levinson LLP | Burns & Levinson LLP |
| 125 Summer Street | 125 Summer Street |
| Boston, MA 02110 | Boston, MA 02110 |
| Tel: (617) 345-3205 | Tel: (617) 345-3205 |
| Fax: (617) 345-3299 | Fax: (617) 345-3299 |
| acaplan@burnslev.com | mtwohig@burnslev.com |

are admitted to practice pro hac vice as counsel for Defendant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____

United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DREW SCIENTIFIC, | : |
| | :    Civil Action No.: 08 CV 1490 |
| Plaintiff, | : |
| -against- | :    Judge Alvin K. Hellerstein |
| | : |
| POINTCARE TECHNOLOGIES, INC., | : |
| | : |
| Defendant. | : |

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the written motion of Howard M. Miller, attorney for the Defendant in the above-captioned case, and affidavit in support;

**IT IS HEREBY ORDERED** that

Andrew F. Caplan
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3205
Fax: (617) 345-3299
acaplan@burnslev.com

Michael P. Twohig
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3205
Fax: (617) 345-3299
mtwohig@burnslev.com

are admitted to practice pro hac vice as counsel for Defendant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____

_____
United States District Judge

59376.1 2/15/2008