```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

DREW SCIENTIFIC, INC.,

             Plaintiff,

-against-

POINTCARE TECHNOLOGIES, INC.,

             Defendant.
----------------------------------------X

Civil Action No.: 08 CV 1490

**STIPULATION**

It is hereby stipulated between the attorneys for the parties in the above-captioned matter that the Defendant's time to serve its answer or otherwise respond to the Complaint is extended from March 13, 2008 to March 14, 2008.

Dated: Garden City, New York
March 13, 2008

_____
Anthony J. Costantini, Esq.
DUANE MORRIS LLP
Attorneys for Plaintiff
1540 Broadway
New York, New York 10036
(212) 692-1000

_____
Howard M. Miller (HM-4538)
BOND, SCHOENECK & KING, PLLC
Attorneys for Defendant
1399 Franklin Avenue, Suite 200
Garden City, New York 11530
(516) 267-6318

*So ordered*
*3-14-08*
[signature]