IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DREW SCIENTIFIC, | : |
| | : Civil Action No.: 08 CV 1490 |
| Plaintiff, | : |
| -against- | : Judge Alvin K. Hellerstein |
| | : |
| POINTCARE TECHNOLOGIES, INC., | : |
| | : |
| Defendant. | : |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/08

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the written motion of Howard M. Miller, attorney for the Defendant in the above-captioned case, and affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Andrew F. Caplan | Michael P. Twohig |
| Burns & Levinson LLP | Burns & Levinson LLP |
| 125 Summer Street | 125 Summer Street |
| Boston, MA 02110 | Boston, MA 02110 |
| Tel: (617) 345-3205 | Tel: (617) 345-3205 |
| Fax: (617) 345-3299 | Fax: (617) 345-3299 |
| acaplan@burnslev.com | mtwohig@burnslev.com |

are admitted to practice pro hac vice as counsel for Defendant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 3/17/08

_____
United States District Judge

59376.1 2/15/2008