Anthony J. Costantini
John Dellaportas
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Plaintiff Drew Scientific, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DREW SCIENTIFIC, INC.,                  :     08 CV 1490 (AKH)
                                        :
        Plaintiff,                      :
                                        :
    -v-                             :
                                        :     **NOTICE OF MOTION FOR A**
POINTCARE TECHNOLOGIES, INC.,           :     **PRELIMINARY INJUNCTION**
                                        :
        Defendant.                      :
------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the annexed Declaration of Anthony J. Costantini, Esq., the exhibits annexed thereto, and the annexed Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction, plaintiff Drew Scientific, Inc. ("Drew"), by its undersigned counsel, Duane Morris LLP, will move this Court, before the Honorable Alvin K. Hellerstein, at Court Room 14D of the United States Courthouse, 500 Pearl Street, New York, New York, on May 6, 2008 at 10 a.m., for an order granting Drew's motion for a preliminary injunction as against defendant PointCare Technologies, Inc. ("PointCare"), and for such other and further relief as the Court may deem just and proper.

      PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's directive at the February 19, 2008 hearing, as extended on consent of the parties, answering papers, if any, must be served on the undersigned by April 25, 2008, and any reply papers shall be served by April 30, 2008.

Dated: New York, New York
April 16, 2008

Respectfully Submitted,

DUANE MORRIS LLP

By:   /s Anthony J. Costantini
      Anthony J. Costantini
      John Dellaportas
      Brian Damiano
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
*Attorneys for Plaintiff*

Of Counsel:

Ben Kuruvilla, Esq.
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210-260030
(857) 488-4209

Enrico Pagnanelli, Esq.
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, Pennsylvania 19103-9146
(215) 979-1928

TO:    BURNS & LEVINSON LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-3205
Facsimile: (617) 345-3299
*Attorneys for Defendant*

DM1\1319467.1