UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DREW SCIENTIFIC, INC.,                      :      08 CV 1490 (AKH)
                                            :
              Plaintiff,           :
                                            :
    -v-                                    :
                                            :
POINTCARE TECHNOLOGIES, INC.,               :
                                            :
              Defendant.           :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Jack Campbell, certify that on April 17, 2008, I served the accompanying NOTICE OF MOTION, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION and DECLARATION OF ANTHONY J. COSTANTINI IN SUPPORT via Federal Express on the following persons:

Andrew F. Caplan, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA  02110

_____
Jack Campbell