USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08



**DuaneMorris**

FIRM and AFFILIATE OFFICES
NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
VIETNAM
HO CHI MINH CITY

ANTHONY J. COSTANTINI
DIRECT DIAL: 212.692.1032
PERSONAL FAX: 212.692.1020
E-FAX: 212.202-4715
E-MAIL: ajcostantini@duanemorris.com

www.duanemorris.com

[RECEIVED JUN 10 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.]

[Handwritten: The trial date, July 28, 2008 and thereafter are canceled, and will be re-set upon further request by counsel. 6-17-08 /s/ AKH]

June 10, 2008

**VIA FACSIMILE**

Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re: Drew Scientific Inc. v. PointCare Technologies, Inc., 08 CV 1490

Your Honor:

I am writing on behalf of both parties to the above-captioned litigation. Pursuant to Your Honor's recommendation, the parties have opened a dialogue aimed at achieving an amicable resolution of their differences. The Chief Executive Officers of both companies are holding direct discussions and a form of settlement "Term Sheet" is being exchanged by the parties for purposes of continued negotiation.

Both parties believe that they are making progress and therefore might avoid the additional costs of a mediation and/or trial. However, due to the nature of the issues involved and the schedules of the senior corporate officers, the parties jointly believe that they may not be able to achieve an out-of-court resolution before the current trial date of July 28, 2008. To this end, both Drew and PointCare would respectfully ask the Court to defer the trial date for at least an additional sixty (60) days to provide the parties with the time needed to ascertain if a full and final resolution can be achieved by the parties while continuing to assure an expedited trial if they cannot achieve a quick resolution.

Your Honor previously provided the following schedule: mediation to be scheduled for this week, the pre-trial order, etc., submitted to Your Honor by July 9, and the final pre-trial conference to be held on July 14. The relevant portion of the transcript of our last meeting with Your Honor is attached for your convenience.

DuaneMorris

Hon. Alvin K. Hellerstein
June 10, 2008
Page 2

    The parties appreciate Your Honor's efforts, and they thank you for your consideration of their request. If you wish to confer on the request, please let us know.

Respectfully Submitted,

*Tony Costantini*

Anthony J. Costantini

cc:    Andrew Caplan, Esq. (via electronic mail)
       Michael Twohig, Esq. (via electronic mail)
       Howard Miller, Esq. (via electronic mail)